McGREGOR W. SCOTT
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JUAN CACHO-VILLEGAS,<br>　aka Juan Cacho,<br>　aka Juan Manuel Cacho,<br>　aka Juan Manuel Cacho-Villegas,<br>　　　　Defendant. | CR. S. 05-392 EJG<br><br>APPLICATION AND ORDER FOR<br>WRIT OF HABEAS CORPUS AD<br>PROSEQUENDUM |

　　　COMES NOW the United States of America by the United States Attorney and represents and shows:

　　　That there is now detained in Mule Creek State Prison, 4001 Highway 104, Ione, California 95640, in the custody of the Warden, Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and plea, and that it is necessary to have the defendant present in the courtroom of the Duty Magistrate of the United States District Court, Federal Building and U.S. Courthouse, 501 I Street, Sacramento, California; and in order to secure the presence of the defendant it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued commanding the Warden,

1

1  Sheriff or Jailor to produce the defendant in court forthwith, and
2  at such other dates as may be necessary in order to procure
3  defendant's presence to enter a plea and all other proceedings
4  incident thereto.
5      WHEREFORE, your petitioner prays for an order directing the
6  issuance of a Writ of Habeas Corpus ad Prosequendum out of and under
7  the seal of this Court, directed to the Warden, Sheriff or Jailor,
8  commanding him to have and produce the above-named defendant in the
9  United States District Court forthwith, and then and there to
10 present the defendant before the Court and from day to day
11 thereafter as may be necessary, and at the termination of the
12 proceedings against the defendant to return defendant to the custody
13 of the Warden, Sheriff or Jailor.
14 DATED: 9/29/05

                                    McGREGOR W. SCOTT
15                                  United States Attorney
16
                              BY: /s/ Michael M. Beckwith
17                                MICHAEL M. BECKWITH
                                  Assistant U.S. Attorney
18

19                         O R D E R
20      Upon reading and filing the foregoing application in that
21 behalf;
22      IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum
23 issue as prayed for herein.
24 DATED: September 30, 2005.
25
26                              _____
                                DALE A. DROZD
27                              UNITED STATES MAGISTRATE JUDGE
28 Ddad1/orders.criminal/cacho-villegas0392.writ