```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JUAN CACHO-VILLEGAS
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  NO. CR-S-05-392 EJG
                                 )
14           Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
15      v.                       )
                                 )
16  JUAN CACHO-VILLEGAS,         )  DATE: January 13, 2006
                                 )  TIME: 10:00 a.m.
17           Defendant.          )  JUDGE: Edward J. Garcia
                                 )
18  _____)
                                 )
19                               )
```

20      It is hereby stipulated and agreed to between the United States of
21 America through Michael M. Beckwith, Assistant United States Attorney,
22 and defendant, Juan Cacho-Villegas, by and through his counsel, Matthew
23 C. Bockmon, Assistant Federal Defender, that the status conference,
24 presently scheduled for December 16, 2005, be vacated and rescheduled
25 to January 13, 2006 at 10:00 a.m. for further status conference.
26      The parties have begun to explore possible resolutions of the case
27 and defense counsel is awaiting a proposed plea agreement from the
28 government whose counsel is presently in trial.  Additionally,

additional time is needed to discuss the Advisory Guideline Pre-Plea Investigation Report with Mr. Cacho-Villegas.

　　IT IS FURTHER STIPULATED that the period from the date of the signing of this order to January 13, 2006 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: December 15, 2005

                                      Respectfully submitted,

                                      QUIN DENVIR
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JUAN CACHO-VILLEGAS

Dated: December 15, 2005

                                      MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL M. BECKWITH
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: December 15, 2005

                                      /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge